## Case No. 2,091.

### BUCKLEY v. BEATTY.

[1 Cranch, C. C. 245.] [1]

Circuit Court, District of Columbia. July Term, 1805.

SUIT AGAINST ADMINISTRATOR—DEFENSES.

Administrators are bound to plead before the expiration of a year, from the date of the letters of administration.

Rule to plead.

Mr. Key, for defendant, objected to pleading, as twelve months had not expired since the death of the intestate. He cannot plead plene administravit, because not bound to pay any debts until twelve months after, &c.

Objection overruled. By the law of Mary-

[1] [Reported by Hon. William Cranch, Chief Judge.]

land, an administrator is not bound to plead plene administravit. See the case of Frazier v. Brackenridge. [Case No. 5,071].